WELCH and wife, Respondents, vs. MILWAUKEE ELECTRIC RAILWAY & TRANSPORT COMPANY, Appellant.

For the appellant : *Simmons, Walker, Wratten & Sporer* of Racine.

For the respondents: *Shovers & Shovers*, attorneys, and *Louis Hardy* of counsel, all of Racine.

*By the Court.*—Judgment affirmed.